UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT LUCAS, | No. 2:14-cv-02804-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act. ECF No. 1. Plaintiff filed his complaint and an application to proceed in forma pauperis on December 2, 2014. ECF Nos. 1 & 2. On December 4, 2014, the court granted plaintiff's application and directed him to submit a completed summons and copies of his complaint to the United States Marshal ("USM"). ECF No. 3. The court also instructed plaintiff to file a statement informing the court that the documents had been submitted. Id.

Instead of submitting the required summons and complaints to the USM and filing the appropriate statement with the court, it seems that plaintiff attempted to serve the Commissioner himself. See ECF No. 6 (naming "Jeffrey Kent Lucas" as the server and containing a U.S. Postal

1

1 Service Certified Mail receipt for mail delivered to the Attorney General of the United States.).[1]
2 Plaintiff's attempt to serve the Commissioner would not be problematic if he had served her
3 properly; however, plaintiff's attempt at service was improper in two ways.  First, the summons
4 plaintiff submitted names himself as the server.  ECF No. 6.  However, service cannot be made by
5 a party to the litigation.  Fed. R. Civ. P. 4(c)(2).  Second, plaintiff seems to have neglected to
6 serve both the United States Attorney for the Eastern District of California and the Commissioner
7 of Social Security.  See ECF No. 6 at 5 (including U.S. Postal Service Certified Mail receipts for
8 mail delivered to the Attorney General of the United States and the USM's office).  The Federal
9 Rules require that both individuals be served in lawsuits against the United States.  Fed. R. Civ. P.
10 4(i)(1).

11     Accordingly, the court HEREBY ORDERS that plaintiff comply with its December 4,
12 2014, order by submitting to the USM a completed summons and copies of the complaint and file
13 a statement with the court saying that those documents have been submitted to the USM.  ECF
14 No. 3.  Information regarding the number of copies currently required by the United States Marshal
15 may be obtained from the United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA
16 95814 (tel. 916-930-2030).
17 IT IS SO ORDERED.
18 DATED: December 12, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court cannot construe plaintiff's attempt at service as compliance with its December 4, 2014, order because his summons names himself as the server; which, as the court will explain, is prohibited by the Federal Rule of Civil Procedure 4(c)(2).

2