UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT LUCAS, | No. 2:14-cv-02804-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, proceeding in forma pauperis, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for a period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act. ECF No. 1. After plaintiff's defective attempt to serve the Commissioner with process (see ECF Nos. 6 & 7), the court ordered plaintiff to comply with its December 4, 2014 order by submitting to the USM a completed summons and copies of the complaint and filing a statement with the court saying that those documents have been submitted to the USM. ECF No. 7.

Plaintiff has not filed the required statement with the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within fourteen (14) days of the date of this order, comply with the court's December 4, 2014 order (ECF No. 3), by (1) submitting to the USM a completed summons and copies of the complaint and (2) filing a

1

1  statement with the court saying that those documents have been submitted to the USM.  Plaintiff
2  is informed that information regarding the number of copies currently required by the United
3  States Marshal may be obtained from the United States Marshals Service, 501 I Street, Suite
4  5600, Sacramento, CA 95814 (tel. 916-930-2030).
5      Plaintiff is cautioned that failure to comply with this order will result in a dismissal of his
6  case for lack of prosecution.  See E.D. Cal. R. 110.
7  DATED: January 13, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2