UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:14-cv-02804 AC<br><br><br><br>ORDER |

Plaintiff, proceeding in forma pauperis, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner"), denying his application for a period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act. ECF No. 1. Defendant Commissioner has now filed a motion to dismiss, asserting that plaintiff's complaint is barred by the applicable statute of limitations. ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, no later than May 7, 2015, serve and file his Opposition to the motion to dismiss, or a Statement of No Opposition; and

////

////

////

1

2. Defendant Commissioner shall, no later than May 28, 2015, serve and file her Reply, at which time the motion will be taken under submission.

DATED: April 7, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2