UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KENT LUCAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 2:14-cv-2804 AC<br><br><br>ORDER |

Plaintiff, proceeding in forma pauperis, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner"), denying his application for a period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act. ECF No. 1. Defendant Commissioner filed a motion to dismiss, asserting that plaintiff's complaint is barred by the applicable statute of limitations. ECF No. 13. The court ordered plaintiff to file an opposition, or a statement of non-opposition, no later than May 7, 2015. ECF No. 14. The time for plaintiff's response has expired, but he has not opposed the motion to dismiss, nor otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is ORDERED TO SHOW CAUSE, in writing no later than June 19, 2015 at 4:30 p.m., why this action should not be dismissed for lack of prosecution; and

1

   2.  If plaintiff fails to timely respond to this order, the Clerk of the Court is directed to dismiss this case, without prejudice, for lack of prosecution, without the need for further action from the court or any party.

DATED: May 13, 2015

                                        */s/ Allison Claire*
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

AC:luca2804.OSC.njc