1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY KENT LUCAS,                              No.  2:14-cv-2804 AC

12                    Plaintiff,

13          v.                                          ORDER AND FINDINGS AND
                                                        RECOMMENDATIONS
14    CAROLYN W. COLVIN, Acting
      Commissioner of Social Security,
15
                      Defendant.
16

17

18          Plaintiff, proceeding in forma pauperis, seeks judicial review of a final decision of the

19    Commissioner of Social Security ("Commissioner"), denying his application for a period of

20    disability and disability insurance benefits ("DIB") under Title II of the Social Security Act.  ECF

21    No. 1.  Defendant Commissioner filed a motion to dismiss, asserting that plaintiff's complaint is

22    barred by the applicable statute of limitations.  ECF No. 13.

23          The court ordered plaintiff to file an opposition, or a statement of non-opposition, no later

24    than May 7, 2015.  ECF No. 14.  The time for plaintiff's response expired, but he did not oppose

25    the motion to dismiss, nor otherwise respond to the court's order.  The court then ordered plaintiff

26    to show cause why this case should not be dismissed for lack of prosecution.  ECF No. 15.  The

27    time for plaintiff's response has expired, but he has not responded to the court's order.

28    ///

                                                       1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a

2  district judge to this matter.

3    Further, IT IS HEREBY RECOMMENDED that:

4    This action be dismissed for lack of prosecution and for failure to comply with the court's

5  orders.  See Fed. R. Civ. P. 41(b); E.D. Cal. R. 110.

6    These findings and recommendations are submitted to the United States District Judge

7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty one days

8  after being served with these findings and recommendations, any party may file written

9  objections with the court and serve a copy on all parties.  Id.; see also Local Rule 304(b).  Such a

10  document should be captioned "Objections to Magistrate Judge's Findings and

11  Recommendations."  Any response to the objections shall be filed with the court and served on all

12  parties within fourteen days after service of the objections.  Local Rule 304(d).  Failure to file

13  objections within the specified time may waive the right to appeal the District Court's order.

14  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57

15  (9th Cir. 1991).

16  DATED:  August 4, 2015

17  _____

ALLISON CLAIRE

18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2